IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| SOCRATES SHAWN | § | |
|     *Plaintiff,* | § | CIVIL ACTION NO. |
| v. | § | |
| | § | |
| CITY OF PROGRESSO, TEXAS; | § | |
| CESAR SOLIS, in his individual and official | § | |
| Capacity; and ERNESTO LOZANO, in his | § | M – 22 – 116 |
| Individual and official capacity | § | |
|     *Defendants*. | § | |

# ORDER

On the _____ day of _____, 2022 this cause came for hearing on **Defendants' Motion for Partial Dismissal**. After reviewing the pleadings, motion, and other documents on file, and hearing the argument of counsel thereon, the Court is of the opinion that Defendants' Motion should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Motion for Partial Dismissal is hereby GRANTED, and Plaintiff's Fourteenth Amendment claims are hereby dismissed with prejudice against the refiling of same.

Signed on this _____ day of _____, 2022.

_____
Ricardo H. Hinojosa
United States District Judge