UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SOCRATES SHAWN | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 7:22-cv-00116 |
| | § | |
| CITY OF PROGRESO, TEXAS; CESAR SOLIS, in his individual and official capacity; and ERNESTO LOZANO, in his individual and official capacity | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF SOCRATES SHAWN'S UNOPPOSED MOTION TO WITHDRAW RICARDO A. GARZA AS COUNSEL OF RECORD**

Plaintiff Socrates Shawn respectfully moves to withdraw Ricardo A. Garza with the Texas Civil Rights Project ("TCRP") as attorney in this case. Ricardo A. Garza will no longer be an attorney with TCRP after February 3, 2023. His withdrawal will not cause undue delay and will not adversely affect the interests of the Plaintiff.

Plaintiff will continue to be represented by Attorneys Erin Thorn, Travis Fife and Laura Peña with TCRP. Erin Thorn will remain the designated Attorney-in-Charge in this case.

For these reasons, Plaintiff respectfully requests the withdrawal of Ricardo A. Garza as counsel in this case.

Dated: February 1, 2023.

Respectfully submitted,

*/s/ Ricardo A. Garza*
Erin D. Thorn
State Bar No. 24093261
SDTX Bar No. 2744303
(956) 787-8171 ext. 127
erin@texascivilrightsproject.org
*Attorney-in-Charge for Plaintiff*

Ricardo A. Garza
State Bar No. 24109912
SDTX Bar No. 3336127
(956) 787-8171 ext. 122
ricky@texascivilrightsproject.org
*Attorney for Plaintiff*

Travis Fife
State Bar No. 24126956
SDTX Bar No. 3734502
(956) 787-8171 ext. 127
travis@texascivilrightsproject.org
*Attorney for Plaintiff*

Laura Peña
State Bar No. 24085758
SDTX Bar No. 3326963
(956) 787-8171 ext. 147
laura@texascivilrightsproject.org
*Attorney for Plaintiff*

TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
(956) 787-8171

**ATTORNEYS FOR PLAINTIFF
SOCRATES SHAWN**

**CERTIFICATE OF CONFERENCE**

I, Ricardo A. Garza, hereby certify that on January 26, 2023, I communicated with Defendants' counsel J. Arnold Aguilar by email (*arnold@aguilarzabartellc.com*) regarding this Motion, and he stated that the Defendants are not opposed to this motion.

                                                               */s/ Ricardo A. Garza*
                                                               Ricardo A. Garza

## CERTIFICATE OF SERVICE

I, Ricardo A. Garza, hereby certify that on February 1, 2023, I filed the foregoing Plaintiff Socrates Shawn's Unopposed Motion to Withdraw Ricardo A. Garza as Counsel of Record via the Court's CM/ECF electronic filing system, which will serve a copy on all counsel of record.

                                          */s/ Ricardo A. Garza*
                                          Ricardo A. Garza