IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| SOCRATES SHAWN | § | |
|     *Plaintiff*, | § | CIVIL ACTION NO. |
| v. | § | |
| | § | |
| CITY OF PROGRESSO, TEXAS; | § | |
| CESAR SOLIS, in his individual and official | § | |
| Capacity; and ERNESTO LOZANO, in his | § | M – 22 – 116 |
| Individual and official capacity | § | |
|     *Defendants*. | § | |

# ORDER

On the _____ day of _____, 2023, this cause came for hearing on **Defendants' Motion for Summary Judgment and Brief in Support**.

After considering the motion, any response, exhibits, pleadings and other documents on file, and hearing the argument of counsel thereon, the Court is of the opinion that the Defendants' Motion for Summary Judgment should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Motion for Summary Judgment is hereby GRANTED, and all claims against the City of Progreso, Texas, Cesar Solis, and Ernesto Lozano are hereby dismissed with prejudice against the refiling of same.

Signed on this _____ day of _____, 2023.

 

_____
Ricardo H. Hinojosa
United States District Judge