IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| SOCRATES SHAWN | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. |
| v. | § | |
| | § | |
| CITY OF PROGRESO, TEXAS; | § | |
| CESAR SOLIS, in his individual and official | § | |
| Capacity; and ERNESTO LOZANO, in his | § | M – 22 – 116 |
| Individual and official capacity | § | |
| *Defendants*. | § | |

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE

TO THE HONORABLE U.S. DISTRICT COURT:

Plaintiff **SOCRATES SHAWN** and Defendants **CITY OF PROGRESO, TEXAS, CESAR SOLIS** and **ERNESTO LOZANO** submit this Joint Motion to Continue Pretrial Conference, and would respectfully show the following:

**I.**

This case is set for Pretrial Conference on Wednesday, April 5, 2023 at 2:30 p.m. The parties have been engaged in ongoing negotiations and have scheduled mediation of this matter for April 27, 2023 with Leo Salzman, with the goal of settling the entire lawsuit. Should this case be resolved, the need for a pretrial conference would become moot. In order to avoid the time and expense related to attendance at the Pretrial Conference should this matter resolve, the parties request that the hearing be reset to a later date.

**II.**

The parties would therefore request a 30-day extension of the current pretrial date and that this Court reset the pretrial conference from its current setting of April 5, 2023 to another date and time convenient to the Court and all parties involved.

**III.**

The Motion for Continuance is not being submitted for purposes of harassment or delay, but solely so that the interests of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **SOCRATES SHAWN** and Defendants **CITY OF PROGRESO, TEXAS, CESAR SOLIS** and **ERNESTO LOZANO** would respectfully request that this Court reset the Pretrial Conference in this action from its current setting of April 5, 2023 to another date at least 30 days later, to a date and time convenient to the Court and all parties, and for such other and further relief to which the parties may show themselves to be justly entitled.

Signed on this the 4th day of April, 2023.

        Respectfully submitted,

        AGUILAR★ZABARTE, LLC
        990 Marine Drive
        Brownsville, Texas  78520
        Telephone   :  (956) 504-1100
        Facsimile    :  (956) 504-1408

        /s/    J. Arnold Aguilar
        J. Arnold Aguilar
        State Bar No. 00936270

Attorneys for Defendants
City of Progreso, Texas, Cesar Solis and Ernesto Lozano

*/s/ Erin D. Thorn (by permission)*
Erin D. Thorn
State Bar No. 24093261
SDTX Bar No. 2744303
(956) 787-8171 ext. 127
erin@texascivilrightsproject.org
*Attorney-in-Charge for Plaintiff*

Travis Fife
State Bar No. 24126956
SDTX Bar No. 3734502
(956) 787-8171 ext. 127
travis@texascivilrightsproject.org
*Attorney for Plaintiff*

Dustin Rynders
State Bar No. 24048005
SDTX Bar No. 29082222
(832) 971-8984
dustin@texascivilrightsproject.org
*Attorney for Plaintiff*

TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
(956) 787-8171

**ATTORNEYS FOR PLAINTIFF SOCRATES SHAWN**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE** will on this the 4th day of April, 2023, be automatically accomplished through the notice of electronic filing upon the following:

Erin D. Thorn
erin@texascivilrightsproject.org
Travis Fife
travis@texascivilrightsproject.org
Dustin Rynders
dustin@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, TX 78516

/s/     J. Arnold Aguilar
         J. Arnold Aguilar