IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| SOCRATES SHAWN § | | |
| *Plaintiff,* § | CIVIL ACTION NO. | |
| v. § | | |
| § | | |
| CITY OF PROGRESO, TEXAS; § | | |
| CESAR SOLIS, in his individual and official § | | |
| Capacity; and ERNESTO LOZANO, in his § | M – 22 – 116 | |
| Individual and official capacity § | | |
| *Defendants*. § | | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

PLAINTIFF **SOCRATES SHAWN** and DEFENDANTS **CITY OF PROGRESO, TEXAS, CESAR SOLIS** and **ERNESTO LOZANO** move this Court for an Order dismissing this case against Defendants, and in support thereof show:

Plaintiff **SOCRATES SHAWN** and Defendants **CITY OF PROGRESO, TEXAS, CESAR SOLIS** and **ERNESTO LOZANO**, by and through their attorneys of record, hereby inform the Court that the claims against Defendants have been compromised and settled and pray that all causes of action against Defendants be dismissed with prejudice as of the settlement.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **SOCRATES SHAWN** and Defendants **CITY OF PROGRESO, TEXAS, CESAR SOLIS** and **ERNESTO**

**LOZANO** request that this Court enter an Order dismissing this suit with prejudice, with all Court costs to be borne by the party incurring same.

Signed on this 18th day of July, 2023.

             Respectfully submitted,

         /s/   Erin D. Thorn
            Erin D. Thorn
            State Bar No. 2744303
            Attorney for Plaintiff

            TEXAS CIVIL RIGHTS PROJECT
            P.O. Box 219
            Alamo, Texas 78516
            Telephone: (956) 787-8171 ext. 127

         /s/      J. Arnold Aguilar
            J. Arnold Aguilar
            State Bar No. 00936270
            Attorney for Defendants
            **CITY OF PROGRESO, TEXAS,**
            **CESAR SOLIS** and **ERNESTO LOZANO**

            AGUILAR★ZABARTE, LLC
            Of Counsel
            990 Marine Drive
            Brownsville, Texas  78520
            Telephone: (956) 504-1100
            Facsimile : (956) 504-1408