United States District Court
Southern District of Texas
**ENTERED**
July 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| SOCRATES SHAWN | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. |
| v. | § | |
| | § | |
| CITY OF PROGRESO, TEXAS; | § | |
| CESAR SOLIS, in his individual and official | § | |
| Capacity; and ERNESTO LOZANO, in his | § | M – 22 – 116 |
| Individual and official capacity | § | |
| *Defendants.* | § | |

## AGREED ORDER OF DISMISSAL

Plaintiff **SOCRATES SHAWN** and Defendants **CITY OF PROGRESO, TEXAS, CESAR SOLIS** and **ERNESTO LOZANO,** by and through their attorneys of record, having informed the Court, by the filing of a Joint Motion to Dismiss, that the claims against the Defendants have been compromised and settled, and the Plaintiff and Defendants having prayed that all causes as against Defendants **CITY OF PROGRESO, TEXAS, CESAR SOLIS** and **ERNESTO LOZANO** be dismissed with prejudice as of the settlement, and all parties agreeing thereto, and it appearing to the Court that at the request of the parties, the dismissal should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's cause be dismissed as to Defendants **CITY OF PROGRESO, TEXAS, CESAR SOLIS** and **ERNESTO LOZANO,** with prejudice against all parties to file any same or similar actions, and with all court costs to be taxed against the party incurring same.

It is further ORDERED, ADJUDGED and DECREED that any and all other relief not expressly granted herein is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED on this 20th day of July, 2023.

_____
Ricardo H. Hinojosa
United States District Judge

**APPROVED AS TO SUBSTANCE AND FORM:**

/s/ _Erin D. Thorn_
Erin D. Thorn

Attorney for Plaintiff
SOCRATES SHAWN

/s/ _J. Arnold Aguilar_
J. Arnold Aguilar

Attorney for Defendants
CITY OF PROGRESO, TEXAS,
CESAR SOLIS and ERNESTO LOZANO

COPIES SENT TO:
Ms. Erin D. Thorn, P.O. Box 219, Alamo, TX 78516. E-mail: erin@texascivilrightsproject.org
Mr. J. Arnold Aguilar, 990 Marine Dr., Brownsville, TX 78520. E-mail: arnold@aguilarzabartellc.com